FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 11 2018

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

## 1:18-CV-0145

CASE # _____

Destin Garrick of the Family Daniels
P.O. Box 390821, Snellville Georgia
Zip Code Exempt, (Domestic Mail Service Regulations 122.32)
Non-Domestic, Real Land North America
Injured Party

VS.

GA 42 U.S.C 42 U.S.C. 654(3) DIVISION OF CHILD SUPPORT
SERVICES, 2 Peachtree St. NE Atlanta Georgia 30303

HENRY COUNTY/FLINT MCDONOUGH GEORGIA 46
Sloan Street McDonough, Georgia 30253

WRONGDOERS

**Complaint Brought Under
42 U.S.C.§1983 For Deprivation
of Rights Under Color of Law**

# COMPLAINT

COMES NOW, Destin Garrick of the Family Daniels who moves the Court for entry of judgment in his favor. DCSS and Henry County deliberately and with premeditation deprived him inherent, indefeasible rights, privileges and immunities secured by the Constitution, and shall be liable to him in this suit within the meaning of 42 U.S.C. §1983.

This court takes judicial notice that this is not a complaint about paying child support, it is a complaint based on the IV-D deprives Daniels of rights, privileges, and immunities secured by the Const.

## JURISDICTION

1. Under U.S. Constitution and 42 U.S.C. §1983 and §1988, as amended this Court has jurisdiction in this matter pursuant to 28 U.S.C. §1331 and §1332. Daniels invokes, *federal* jurisdiction as subject-matter jurisdiction of this Court to decide this cause of action resulting in the deprivation of his rights, immunities and privileges guaranteed by the Constitution and federal laws arose from provisions and statutes of federal contracts voluntarily *adopted* by GA as a condition of receiving federal funds.

2 . Section 460 of the Social Security Act provides that the district courts of the United States shall have jurisdiction, *without regard to any amount in*

*controversy*, to hear and determine any civil action certified by the Secretary of HHS under section 452(a)(8) of the act. A civil action under section 460 may be brought in any judicial district in which the claim arose, the plaintiff resides, or the defendant resides.

3. Therefore, Equality before the law is paramount in the eyes of the law. Daniels must be treated equally by the law (principle of *isonomy*) and that DCSS and Henry County is subject to the same laws of justice (due process). Therefore, the law guarantees that he who was deprived of his rights shall not be discriminated against by this court.

## CONTRACTUAL DEPRIVATION OF RIGHTS

4. 31 U.S.C. §6305 using cooperative agreements, 45 CFR §302.34 cooperative agreements, 45 CFR §303.107 terms of cooperative agreements.

5. The SUPREME LAW, U.S. Const. 4th, 5th, and 14th amendments, GA Const., Omnibus Budget Reconciliation Act, Public Law 103-66, 45 CFR §303.101 Basic Requirement (2)(c), IV-D provisions and requirements dictates that this court terminate the current IV-D Collection Case # 140021409 for deprivation of inherent, indefeasible rights, privileges and immunities secured by the constitution.

## FEDERAL PROVISIONS
## DEPRIVING RIGHTS

6. The Wrongdoers committed acts *ex contractu* while under a *partnership* with the Federal OCSE, under the *guise* of Title IV-D of the Social Security Act, *subject to* Regulations Relating to Public Welfare, Title 45 CFR Subtitle B Chapter III, Department of Health and Human Services, Administration for Children and Families, Federal Office of Child Support Enforcement Program.

7. The *Supremacy Clause* of the United States Constitution (Article VI, Clause 2) establishes that the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the supreme law of the land. It provides that state courts are bound by the supreme law; in case of conflict between

federal and state law, the federal law must be applied. Even state constitutions are subordinate to federal law.

## THE PARTIES

8. **Injured Party**: Destin Garrick of the Family Daniels a *man,* the adult male of the *hu-man species* above the age of puberty. Black's Law Rev. 4th Ed. Pg. 1112., created by the Creators of the universe, Genesis 1;26, (see Preamble), born equal, free, and independent, *not subject to*" the *"legal"* constraint of another, unconstrained having power to follow the dictates of his own free will. Black's Law 4th Rev. Ed. Pg.791., *"not subject to" control, restriction, modification* or *limitation* from a given *outside source.* Black's Law 4th Rev. Ed. Pg. 911.

9. **Wrongdoer**: The *Master,* GA 42 U.S.C. §654(3) Division of Child Support Services, the single and separate unit, and umbrella agency in the Executive Branch subject to 42 U.S.C. §1983, always relevant to this complaint, under a 31 U.S.C. §6305 contractual *partnership* with OCSE, and *employer* to agency 45 CFR §302.34 IV-D *contractors* within Henry County to sell IV-D services as a condition of receiving federal.

10. **Wrongdoer**:  Henry County hereafter 45 CFR §302.34 contractors, incorporated May 15, 1821, is a municipal corporation organized under the laws of GA, subject to 42 U.S.C. §1983, always relevant to this complaint. Under contract to sell IV-D services, and *perform administrative duties* of the 42 U.S.C. §654(3) single separate unit that pertain to IV-D in return for payment.

11. Wrongdoers under color of statute, ordinance, regulation, custom, and usage, of this State, Territory or the District did subject, Daniels and caused him to be subjected to IV-D enforcement activities against his will, and without his consent within the jurisdiction thereof to the deprivation of his rights, privileges, and immunities secured by the Constitution and laws.

12. In seeking redress through this §1983 action, Daniels asserts the violation of federal rights, not merely a violation of federal law, and hereby asserts the following claims against the All Wrongdoers;

**COUNT 1:** 18 U.S.C. §241 Conspiracy Against Rights;

13. Two or more *persons*, the 42 U.S.C. §654(3) DCSS single separate agency hidden within the Executive Branch, and the 45 CFR §302.34 Henry County and its contractual agents did *conspire* to *injure, oppress, threaten*, and *intimidate* Daniels in this State, Territory, Possession, and District in the *free exercise or enjoyment* of his *inherent, indefeasible rights, privileges, and immunities secured* to him by the Constitution and laws, and because of his having so exercised the same.

14. Because DCSS delegated its disbursement function to 45 CFR §302.34 County, it must reward them with a *share* of federal incentive profits. 42 U.S.C. §654(22). Share is a part or definite *portion* of a *thing owned* by several persons in common and contemplates *something owned in common* by two or more "persons" and has reference to that part of the undivided interest which belongs to some on of them.

15. Wrongdoers, disseminates the false advertisements of the best interest of children. However, Title IV-D was not intended to *benefit* children. 42 U.S.C. Sec. §601(d), *Blessing v. Freestone*. Title IV-D was intended to *benefit* the *public treasury. Wehunt v Ledbetter*. Wrongdoers *contractually* agreed to participate in the IV-D *program* and is required to sell IV-D services as a *condition* of receiving federal funding. *Oliphant,* slip op. at 16.

16. As the result of Wrongdoers concerted and malicious conspiracy, Daniels was deprived *inherent* and *indefeasible* rights, *enjoying* and *defending* his *life* and *liberty, acquiring, possess,* and *protect his property* and *reputation, pursuing* his own *safety, happiness,* and *privacy* without 5th, 14th Amendment Due Process of law.

17. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**COUNT 1:** 5th, 14th Amendment Due Process Violations

18. Pursuant to P.L. 103-66, the Omnibus Budget Reconciliation Act of 1993, DCSS must afford *due process* safeguards, and 45 CFR §303.101(c)(2), the *due process rights* of the parties involved *must* be protected, and Sec. 466. 42 U.S.C. §666 (a)(3)(A) GA must be in full compliance with all *procedural due process* requirements.

19. 42 U.S.C. 666 (a)(5)(C)(i) procedural due process was required by the DCSS, before paternity establishment, *voluntarily,* through marriage or DNA, Daniels was to be given legal notice orally, or with video or audio equipment, and in writing, of the *legal consequences* that will befall him as a result of paternity acknowledgment before they deprived him of his life, liberty, or property, this created an undesirable and unfair situation.

20. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived *inherent* and *indefeasible* rights, *enjoying* and *defending* his *life* and *liberty, acquiring, possess,* and *protect his property* and *reputation, pursuing* his own *safety, happiness,* and *privacy* without 5th and 14th Amendment Due Process of law.

21. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 2:** Deprivation of the *inherent* right to be *equal*

22. All governments were created for the equal benefit security and protection of individual rights. However, IV-D literature concludes that the judicial process *offers* several *advantages, especially by providing more adequate protection for the legal rights of the custodial parent* by *offering* a wide range of enforcement remedies against the *noncustodial parent.* Sec. 8 Child Support Enforcement Program Pg. 21.

23. IV-D is a multi-billion-dollar *source of income* for the Wrongdoers which *benefits* GA's treasury. The *benefit* to the custodial parent is merely incidental, quoting *Golden State Transit Corp. v Los Angeles*, 493 US 103, 106 (1989). Id at 510, but none the less, still a *benefit*.

24. Children are used as "pawns to obtain federal profits", and the victors and the ultimate recipients of the spoils is the GA treasury which pays all DCSS employees and contractors salaries and pensions, which Daniels is forced to pay priority first with no *benefit* to himself whatsoever. The custodial parent receives IV-D income tax free, and if he does not pay DCSS he *suffers* the legal consequences that befall the *group* called *non-custodial parents,* this created an undesirable and unfair situation.

25. As a result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *indefeasible* right to equal protection of the law, and the *enjoyment* of his right to be equal, the condition of possessing substantially the same *secured* under the 14th Amendment of the constitution.

26. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 3:** Deprivation of the *inherent* right to be *free;*

27. An IV-D *order* is a command or direction *authoritatively given* that sets an amount of money that is to be paid to DCSS first, established by *court order* or *administrative process*, through *voluntary* agreement or other *legal process* that created an undesirable and unfair situation.

28. The 42 U.S.C. §654(3) DCSS is **single** and **separate unit** in the Executive Branch under a 45 CFR §302.34 contract with the *court and clerk of court* of the County to *perform the administrative duties* of the *agency* and provide

*magistrate* and probation services that only *target* individuals subject to IV-D in return for payment from. The *courts* certified that all hearings were conducted in compliance with Title IV-D of the Act.

29. Courts are prohibited from substituting their judgment for that of the IV-D agency, and the contracted judges who became involved in the IV-D enforcement activities for payment acted as mere *"clerks"* of the 42 U.S.C. §654(3). The Executive and Judicial powers did not remain separate and distinct, and persons discharging the duties of one did at the same time exercise the functions of the other rendering court ordered IV-D void on its face.

30. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible* right to be *free, not subject to* the *legal* constraint of another, unconstrained having power to follow the dictates of his own *free will*. This was which was defeated and made void by threats of warrants jail, and fines if he did not consent to the legal constraint of the Wrongdoers.

31. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 4:** Deprived of the *inherent* and *indefeasible* right to be *independent*

32. DCSS hunted Daniels, induce him by fraud and duress to establish legal paternity in order to imposed upon him *establish, enforce,* financial and medical obligations to them. The sole mission of the GA IV-D program is to receive federal profits that benefit its treasury which enhances the well-being of DCSS employees and contracted agents not Daniels, this created an undesirable and unfair situation.

33. IV-D orders can be changed when the ability to pay changes substantially. However, Daniels must dependent upon DCSS who only reviews the order once every three years by request. Under 45 CFR §303.11, they possess the

authority and afford the same under Sec. 12 to their customer the custodial parent to requests closure of a case and support order resulting Daniels being dependent on two different outside sources and not himself.

34. This is relevant because Daniels requested DCSS terminate the current case due to the fact that it is depriving him if rights, privileges, and immunities secured by the Constitution, he was denied based of the fact that his request did not meet the criteria for the closure, this created an undesirable and unfair situation.

35. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible* right to be *independent* not dependent, *not subject to* control, restriction, modification or limitation from a given *outside source*.

36. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 5:** Deprivation of inherent and indefeasible rights:

37. After Daniels was fraudulently induced to succeed to the status of non-custodial parent, his inherent indefeasible rights were defeated and made void, and he was *assigned* the following rights from DCSS which are not secured under the Constitution, this created an undesirable and unfair situation.

The right to have genetic testing performed if legal paternity has not been established.
The right to have paternity established.
The right to Be notified of any formal action being taken on their case.
The right to Confidentiality of all information about his case.
The right to Request a modification review of your support order (Administrative Review).
The right to Request a hearing.
The right to Request a child support payment history or other information that pertains to him from the Agency.
The right to Request a state hearing if the Agency denied his request to modify or terminate the support order.

38. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* rights, authority possessed without it being derived from

another, *guaranteed, secured* and protected by the Constitution which were defeated, revoked and made void.

39. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 6:** Deprivation of the indefeasible right to acquire property;

40. IV-D provisions stipulate that "IV-D obligations" are paid to DCSS as first priority over ALL Daniels's necessary living and personal expenses. A *commitment* was imposed on him to *participate* in employment or related activities, as well as *services*, that are designed for him obtain and retain employment, increase his earnings in order to pay the DCSS, and this created an undesirable and unfair situation.

- See P.L. 104-193 Title III Child Support, Sec. 365. Work Requirement for Persons Owing Past Due Child Support (a) In General. Section 466(a) (42 U.S.C. 666(a)(15)(A)(I)

41. P.L. 100-485, the Family Support Act established immediate income withholding and is considered the most effective IV-D enforcement tool. The Wrongdoers served a withholding notice on Daniels's employer who withheld his wages as is necessary to pay the DCSS. Operation of law was used to "*freeze and seize*" financial accounts by *mere* application without the act or *cooperation* of Daniels himself.

42. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to acquire property, *purchase* by his own exertions, the exclusive right of possessing, enjoying, and disposing of a thing, the highest right he had to anything. The right to pursue any lawful *business* or *vocation*, in any manner not inconsistent with the *equal rights* of others, which may

increase his prosperity, or develop his faculties, so as to give them their highest *enjoyment*.

43. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 7:** Deprivation of the right to possess property:

44. A lien is a legal claim on someone's property as security against a just *debt* that apply to property such as land, vehicles, houses, antique furniture, and livestock. Pursuant to 42. U.S.C. §666 (a)(4)(A), liens arose by *operation of law* against real and personal property for amounts of overdue support allegedly owed by Daniels who resides or owns property in GA. Other *provision* was used to "*seize*" his property by *mere* application without the act or *cooperation* of Daniels himself.

45. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to, possess, have or hold property, possessing, enjoying, and disposing of that thing, the highest right he has to anything.

46. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 8:** Deprivation of his inherent right to protect his *property*

47. Wage garnishment, unemployment compensation intercept, state income tax refund offset, federal income tax refund offset, reporting arrearages to credit

bureaus, authority to seize assets of debtor parents held by public or private retirement funds and financial institutions; and federal imprisonment, fines or both and publishing names in newspapers as an act of humiliation.

48. ALL the above remedies arise by *operation of law* which were imposed upon Daniels by mere application of the IV-D program without his consent or cooperation.

49. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to *protect*, to keep it safe from harm, save, safeguard, preserve, defend, shield, cushion, insulate, hedge, shelter, screen, secure, fortify, guard, watch over, look after, take care of, or inoculate his property.

50. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 9:** Deprivation of the right to enjoy his life;

51. Daniels's rights are powers of free action inherent and enjoyed by him, being grounded in his personality and existing antecedently to their recognition in *positive law*. As a man living under the laws of the United States he is bound by the *positive* laws in the Titles of the U.S. Code.

52. However, pursuant to 1 U.S.C. §204, Title 42 which houses part IV-D of the Social Security Act, Pub. L. No. 93-647, 88 Stat. 2351 is only comprised of federal *provisions* that have been editorially compiled and organized into the title, but the title itself has not been enacted into *positive law*.

53. The IV-D Program experience is not good or affirmative, and has no constructive quality or attributes, and offers no benefits what so ever to Daniels. Against him IV-D is negative, unpleasant, depressing, degrading, demoralizing harmful, and dangerous. It created and *undesirable* and *unfair* situation, and

imposes overwhelming and extremely negative effects on his private, personal, and professional life

54. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right of enjoying his life, protected by the federal constitution including all *inherent* and *indefeasible rights, immunities*, and *privileges*, and their *enjoyment* as the benefit from something pleasurable.

55. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 10:** Deprivation of the right to *defend his property*

56. All property is seized under operation of law which liabilities develop upon Daniels through mere application of the IV-D program, without his consent or cooperation. This defeated his indefeasible right to protect his property and made it void.

57. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to defend his property, to contest and endeavor to defeat a claim or demand made against him on a *court* of justice by operation of law.

58. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 11:** Deprivation of his right to defend his liberty;

59. Accordingly, the DCSS has the authority under federal and state law to take any legal action that is necessary to establish paternity, and *nothing* is interpreted as prohibiting their actions which they take to establish or maintain their eligibility for IV-D federal profits, where ineligibility would result in a loss of federal profits to GA. These actions are repugnant, the conditions thereof are undesirable and places Daniels in an unfair situation. The actions are in violation of the GA and U.S. Constitution of the and are void, and the judiciary shall so declare them.

60. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to defend his liberty, freedom from *extraneous* control with reference to *contract*, or *any writing,* which is not furnished by the documents itself, but is *derived* from an *outside source.*

61. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 12:** Deprivation of the right to defend his reputation;

62. Pursuant to Public Law 98-378 the DCSS falsely report IV-D *debt* information to credit bureaus for the primary purposes of preventing extension of credit to Daniels. Potential employers used the report to *judge* how responsible and financially stable he is. This negative report on his credit now hinders his chances of receiving an offer for meaningful employment because the report created the *presumption* that he was irresponsible.

63. Debt is a sum of money arising upon a *contract*. Black's Law Revised 4th Ed. Pg. 491. Daniels never accrued or acquired IV-D debt, it was imposed upon him by the DCSS through paternity establishment which pursuant to Sec 403. 42 U.S.C. §603 (a) Grants, (5)(C)(III) is an oral or written personal responsibility *contract* entered into

among a Daniels and the DCSS by misrepresentation made with specific intent to induce him to enter into that *contract* when the he had no duty to enter into the contract.

64. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to defend his reputation, to contest and endeavor to defeat the claim or demand made against him in a court of justice against the general opinion good or bad of him by those of the community in which he resides and works.

65. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 13:** Deprivation of the *indefeasible* right to pursue *safety*

66. Personal Responsibility and Work Opportunity Reconciliation Act, High-Volume, Automated Administrative Systems, Proactive Matching, Federal Parent Locator Service, State Parent Locator Service National Directory of New Hires, State Directory of New Hires, New Hire Reporting, Multistate Financial Institution Data Match, Uniform Interstate Family Support Act etc., is designed to enable DCSS to violate his right to privacy hunt Daniels down and seize his wages and assets against his will, through automated data matches for levy or other unconstitutionally processes by operation of law without his consent or cooperation.

67. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible* right to pursue safety, the means to be secure from risk, harm, danger or evil, giving protection freeing him from injury. The state of being safe. The systems used to hunt him like an animal to imbezzel what he as honestly acquired is repugnant and there is no defense afforded him.

68. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 14:** Deprivation of the *indefeasible* right to pursue *happiness*;

69. A *commitment* was *imposed* on Daniels to *participate* in the IV-D program, to obtain and retain employment, increase his earnings so he can under first priority pay the DCSS as first priority.

70. The OCSE provides GA with its 42 U.S.C. §658(a) 42 U. S. C. §654(22) share of billions in federal profits. This share is 42 U.S.C. §658(f) deposited into, and thus benefits GA's public *treasury*, and pays All its employees', and contractual agent's salaries and pensions. Therefore, the advantage is profit gained from the IV-D Program which only *benefits* the DCSS.

71. The imposed *commitment restricts* Daniels *freedom of action,* because IV-D *provisions* stipulate that a "IV-D obligation" is first priority, paid to the DCSS before any of his personal financial needs. If he fails to pay he will suffer the legal consequences, as well public humiliation

72. Happiness translates from the Greek concept of *eudaimonia*, and refers to the good life, or flourishing. But instead Daniels is suffering because the Executive and Judicial Branch is not acting for the *equal protection* benefit and security of the people, but only for profit and gain for itself, and this *created* an undesirable and unfair situation.

73. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible* right to pursue his own happiness, the constitutional right to pursue comfort, consolation, contentment, ease, enjoyment, pleasure, and satisfaction.

74. The right to pursue happiness freely, and pursue joy and live life in a way that makes him happy, as long as he doesn't do anything illegal or violate the rights of others of positive and pleasant mental and emotional state of well-being, contentment to intense joy which reflects his judgements about his overall well-being.

75. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 15:** Deprivation of the *inherent* and *indefeasible* right to *privacy;*

76. In pursuing the current IV-D case, contractual agents obtained a great deal of information and several documents from the custodial parent about Daniels.

77. These include his name and address; the SSN he holds; his children's birth certificates; the name and address of his current or most recent employer; the names of his friends, relatives or organizations to which he might belong, information about his income and assets, and any other information about him that might help locate him.

78. The Constitution implicitly grants Daniels the right to *privacy* against governmental intrusion from the 1st, 3rd, 4th, and the 5th Amendments. In addition, constitutional interpretation has consistently recognized that Daniels claim to authority in his own household to direct the rearing of his offspring is basic in the structure of our society.

79. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible* right to *privacy* the right to be let alone and his right to be secure in his person, papers, and effects, against unreasonable searches and seizures was violated.

80. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 16:** Deprivation of the *privilege and immunity* against self -incrimination;

81. Under current IV-D *provisions information* fosters compliance. The quality of *information elicited* and *gathered* from Daniels correlated directly with the ability to enforce IV-D orders, and the *ability of* the non-custodial parent to *comply* by *knowing* what is *expected* of him, which is to *participate* in the IV-D program, obtain and retain employment, and increase his earnings so that he can priority first pay the DCSS.

82. Procedural due process required that Daniels be given notice, *knowledge of the essential facts*, affording him *nominal consideration* and "careful examination" of the *legal consequences* that arise as a result of paternity which are not *favorable*, nor possess a promising combination of circumstances. They offer no *advantageous* indicating future *success for* him.

83. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *indefeasible* 5th Amendment right to not incriminate or expose himself to an *accusation* or in a prosecution, which requires the DCSS to prove a case against him without his aid as a witness against himself, or the danger thereof. This is relevant because State or federal imprisonment fines or both are legal consequences of paternity establishment, and admissible as evidence.

84. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages

in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 17:** Intentional Infliction of a Bill of Attainder:

85. Under color of IV-D *provisions* the DCSS ensured that Daniels was *renamed* and thereafter identified as a *noncustodial parent/obligor* the *person* obligated to pay child support without his consent.

86. The non-custodial parent's SSN is necessary to properly *identify* it for the purpose of locating it and establishing child support enforcement activities. Pursuant to 466 of 42 U.S.C. §666(a)(13) Daniels was compelled to disclose a social security card, legal name, and account number to the DCSS. *Id* @ 42 U.S.C. §666 (a)(3)(C).

87. While living under the laws of the United States all people are bound by the *positive laws* in the Titles of the U.S. Code. However, ALL IV-D enforcement activities *target* one *group* of *persons*, non-custodial parents. See 42 U.S.C. 405 (a)(2)(B)(i) Social security account numbers are assigned to all *"members of appropriate groups"* or *"categories of individuals"*.

88. The effect of IV-D defeats, nullifies, and voids Daniels inherent, indefeasible rights, immunities, and privileges secured by the constitution. Most notably the abuse and the violation of his right to due process and his right to life itself, and this created an undesirable and unfair situation.

89. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of his *inherent* and *indefeasible rights* and *subjected* to a bill of attainder, under IV-D, an act of a Congress declaring the *group of persons*, commonly referred to as *non-custodial parent's/obligor's* guilty of *criminal* non-support, and consistently punishing them for the same offence without a trial in violation of U.S. Const. Article I, Sec. 9, Para. 3, and the 5th and 6th Amendments of the Constitution.

90. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further

demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**Count 18:** Involuntary Servitude or involuntary slavery:

91. Accordingly, the IV-D program is an organized set of collections activities, which are directed toward a common purpose or goal, which is federal funding that the DCSS and Iroquois County *undertakes* to carry out its *contractual* responsibilities. It is used to describe their mission, functions, activities, services, projects, and processes. U.S. Government Accountability Office: Glossary of Terms Used in the Federal Government Process:

92. The GA 42 U.S.C. §654 (3) DCSS is a single and separate unit responsible for administering the GA *plan*. It was developed taking into account the *employment* and status of Daniels by imposing a *commitment* on him to *participate* in *employment* or related activities, increase his earnings that will *enable* him to make regular payments to DCSS.

- See P.L. 104-193 Title III Child Support, Sec. 365. WORK REQUIREMENT FOR PERSONS OWING PAST-DUE CHILD SUPPORT. (a) In General. Section 466(a) (42 U.S.C. 666(a)(15)(A)(I) Procedures to ensure that persons owing past-due support work or have a plan for payment of such support.

93. The OCSE provides GA with its 42 U.S.C. §658(a) share of billions in federal profits. This share is 42 U.S.C. §658(f) deposited into, and thus benefits GA's *treasury*, and pays All its employees', and contractual agent's salaries and pensions. Therefore, the advantage is profit gained from the IV-D Program which *benefits* the DCSS, and though merely incidental, the *custodial parent*.

94. The imposed *commitment restricts* Daniels *freedom of action,* through a *contract* to the DCSS that is not a *mutual engagement* of the parties to each other, and because IV-D *provisions* stipulate that a "IV-D obligation" is the first priority paid to the DCSS before any of his personal financial needs. If he fails to pay he will suffer the legal consequences, as well public humiliation, and is an undesirable and unfair situation.

95. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible rights* secured under the 13th Amendment immunity from laboring against his will to benefit the DCSS under some form of *coercion* other than his financial needs. Involuntary servitude also refers to other forms of unfree labor.

96. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

**COUNT 19:** Forced and Compelled Association;

97. The GA IV-D Program is a *private business*, affecting or belonging to *private individuals*, and *distinct from the public* generally, it is not official, nor is it clothed with office. The Federal Office of Child Support Enforcement within the U.S. Department of Health and Human Services under the Executive Branch oversee the complex federal-state IV-D *enterprise*.

98. Pursuant to 31 U.S.C. §6305, 45 CFR §302.34, 45 CFR §303.107, Dear Colleague Letters i.e., DCL-09-04, the OCSE is in a *partnership,* with GA to carry on as co-owners of the IV-D *business* for *profit, enterprise, gain,* and *advantage* which *only benefits* GA .

99. The DCSS is excited to offer our "customers" a variety of self-service options available to you when you call our automated line The U.S. HHS Web-Based *Customer Services* for parents encouraged DCSS to reassess their IV-D website and consider ways in which the internet can improve their *customer service.*

100. A *customer* is one who regularly or repeatedly makes *purchases* or has business dealings with a *tradesman* or *business house. Customer service* is the provision of service to *customers* before, during and after a *purchase,* the priority

assigned to *customer service* relative to *service* and pricing, as an important role in its ability to *generate income* and *revenue*.

101. Accordingly, applicants and recipients for IV-D services are required by law to cooperate with the DCSS. Daniels never applied for or is the recipient of IV-D services, however he is a victim thereof and was not and still is not required to cooperate therewith.

102. As the result of DCSS's concerted and malicious conspiracy, Daniels was deprived of the *inherent* and *indefeasible rights* secured under the 1st Amendment, freedom of association, to be free from compelled association because the DCSS required him to become a customer *support* its private business to which he disagreed.

103. WHEREFORE, Daniels is entitled to judgement for the above deprivations against each of the Wrongdoers jointly and severally for actual general, special compensatory damages in the amount of $5000.00 each, and further demands judgement against Wrongdoer jointly and severally for punitive damages in the amount of $5000.00 each, plus cost of this this action including legal fees and such relief deemed to be just and equitable.

## CONCLUSION

104. "Property and *income* which Daniels honestly acquires, he retains full control of, he did not use it to his neighbor's injury, he did not *devote* it to the DCSS's use, and he did not give to them the right to control that use so that whenever the needs require, the DCSS may take it upon payment of due compensation". *Budd v. People of State of New York*, 143 U.S. 517.

105. In seeking redress through this §1983 action, Daniels asserts the violation of federal rights, not a violation of federal law.

106. Title IV-D is not for the best interest of children. *Blessing v. Freestone.* 42 U.S.C. Sec. §601(d). The benefit to the children is merely incidental. *Golden State Transit Corp. v Los Angeles*, 493 US 103, 109 (1989). Id at 510. Title IV-D was only intended to *benefit* the *public treasury. Wehunt v G. Ledbetter* 875 F.2d 1558. GA

*contractually* agreed to participate in the IV-D *program* and sells IV-D services as a *condition* of receiving federal profits. *Oliphant,* slip op. at 16.

107. Herein, the allegations that the DCSS, and Iroquois County deliberately, and with premeditation under color of IV-D of the act, did conspire, in this State, Territory, and District subject Daniels, and caused him to be subjected within the jurisdiction thereof to the deprivation of his rights, privileges, and immunities secured by the Constitution and laws within the meaning of 42. U.S.C. §1983 are found true.

## REMEDY BY DUE COURSE OF LAW

108. To set right this undesirable and unfair situation, Daniels's inherent and indefeasible right shall be restored, and he shall care for his seed in private, and no longer be required to pay the DCSS, and to be let alone from their intrusion in his private, personal, and professional life.

109. WHEREFORE, Daniels is entitled to judgement for all counts for the above deprivations against the DCSS and Iroquois County jointly and severally, he is also entitled to the immediate termination of the current IV-D collections case, a full refund of all monies collected, accompanied with DCSS's federal profits therefrom, as well as penalties and interest.

The undersigned being duly sworn deposes and says that he suffers from injuries and damages inflicted by the DCSS and Iroquois County who committed acts proven herein, and have read the forgoing filed on my behalf and the facts state therein are true.

Subscribed and Sworn to on this _11_ th day of _January_ , 201 8, by

Destin Garrick of the Family Daniels